# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| TIGRAN TIRATURIAN,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE et al,<br><br>Respondents. | Case No. 5:25-cv-03239-WLH-DFM<br><br>**Order Accepting Report and Recommendation of United States Magistrate Judge** |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline. The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge. It is therefore **ORDERED** that:

1.    The Report and Recommendation is accepted.

2.    The Petition for Writ of Habeas Corpus is **GRANTED** in part.

3.    Respondents and their officers, agents, employees, attorneys, and persons acting on their behalf or in concert therewith are **ENJOINED** from further detaining Petitioner unless and until he is provided proper due process necessary for the revocation of an Order of Supervision.

Date: June 29, 2026    _____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE