JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| TIGRAN TIRATURIAN,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE et al,<br><br>Respondent. | Case No. 5:25-cv-03239-WLH-DFM<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

It is **ADJUDGED** that:

1.    The Petition for Writ of Habeas Corpus is **GRANTED** in part.

2.    Respondents and their officers, agents, employees, attorneys, and persons acting on their behalf or in concert therewith are **ENJOINED** from further detaining Petitioner unless and until he is provided proper due process necessary for the revocation of an Order of Supervision.

Date: June 29, 2026    _____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE